Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Helen Baron |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the : | Eastern District of Pennsylvania |
| | (State) |
| Case number 22-10294-pmm | |

## Form 4100R
## Response to Notice of Final Cure

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST

**Court claim no.** (if known): 8-1

**Last 4 digits** of any number you use to identify the debtor's account:   4001

**Property address:**   6107 GLEN ROAD
Number       Street
READING, PA 19606
City       State       ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

[ ]   Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[X]   Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$80,475.94

| Part 3: | Postpetition Mortgage |
|---|---|

*Check one:*

[ ]   Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   ___/___/_____
MM/DD/YYYY

[X]   Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:       (a) $8,106.72

b. Total fees, charges, expenses, escrow and costs outstanding:       + (b) $550.00

c. Total suspense:       - (c) $716.83

d. Total. Subtract line c from the sum of lines a and b.       (d) $7,939.89

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:       11 / 01 / 2024
MM/ DD/ YYYY

| Debtor 1 | Helen Baron | | | Case number (if known) | 22-10294-pmm |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]   all payments received;
[X]   all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]   all amounts the creditor contends remain unpaid

---

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[  ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /s/ Shellie A. Labell _____     Date 04/14/2025 _____
    Signature

Print     Shellie A. Labell _____     Title Authorized Agent _____
          First Name          Middle Name          Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   130 Clinton Rd., #202 _____
          Number          Street

          Fairfield _____     NJ _____     07004 _____
          City          State          ZIP Code

Contact   470-321-7112                    Email slabell@raslg.com

---

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on ___April 15, 2025___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Helen Baron
6107 Glen Rd.
Reading, PA 19606

**And via electronic mail to:**

BRENNA HOPE MENDELSOHN
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601

SCOTT F. WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/  Dena Eaves
Dena Eaves
deaves@raslg.com

**Response to Notice of Final Cure Payment**

# PAYMENT HISTORY

| PAYMENT HISTORY PER MSP | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| LOAN NUMBER | | POST-PETITION | | | | | | |
| FILING DATE | | PAYMENT CHANGES | | | | | | |
| PAYMENTS IN POC | EFFECTIVE | 3/1/2022 | 7/1/2023 | 7/1/2024 | 1/0/1900 | 1/0/1900 | 1/0/1900 | 1/0/1900 |
| FIRST POST-PETITION DUE DATE | AMOUNT | $ 1,254.00 | $ 1,490.58 | $ 1,351.12 | $0.00 | $0.00 | $0.00 | $0.00 |

| DATE | PRE-PETITION FUNDS | POST-PETITION FUNDS | PAYMENT AMOUNT | Phonepay Fee | MANUAL SUSP | MANUAL SUSP BAL | MANUAL POST PYMT | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| STARTING BALANCES | | | $ - | $ - | $ - | | | |
| 2/23/2022 | | | $ - | $ - | $ - | | | |
| 3/3/2022 | | | $ - | $ - | $ - | | | |
| 3/7/2022 | | $ 1,226.54 | $ - | $ - | $ 1,226.54 | 1,226.54 | | |
| 3/8/2022 | | | $ - | $ - | $ - | 1,226.54 | | |
| 3/8/2022 | | | $ - | $ - | $ - | 1,226.54 | | |
| 3/8/2022 | | | $ - | $ - | $ - | 1,226.54 | | |
| 3/8/2022 | | | $ - | $ - | $ - | 1,226.54 | | |
| 3/31/2022 | | | $ - | $ - | $ - | 1,226.54 | | |
| 4/11/2022 | | | $ - | $ - | $ - | 1,226.54 | | |
| 4/15/2022 | | | $ - | $ - | $ - | 1,226.54 | | |
| 4/18/2022 | | $ 1,254.00 | $1,254.00 | $ - | $ - | 1,226.54 | 3/1/2022 | |
| 4/19/2022 | | | $ - | $ - | $ - | 1,226.54 | | |
| 4/20/2022 | | | $ - | $ - | $ - | 1,226.54 | | |
| 4/20/2022 | | | $ - | $ - | $ - | 1,226.54 | | |
| 4/20/2022 | | | $ - | $ - | $ - | 1,226.54 | | |
| 5/4/2022 | | | $ - | $ - | $ - | 1,226.54 | | |
| 5/13/2022 | | $ 1,256.00 | $1,254.00 | $ - | $ 2.00 | 1,228.54 | 4/1/2022 | |
| 5/18/2022 | | | $ - | $ - | $ - | 1,228.54 | | |
| 5/18/2022 | | | $ - | $ - | $ - | 1,228.54 | | |
| 5/18/2022 | | | $ - | $ - | $ - | 1,228.54 | | |
| 5/18/2022 | | | $ - | $ - | $ - | 1,228.54 | | |
| 6/3/2022 | | | $ - | $ - | $ - | 1,228.54 | | |
| 6/16/2022 | | $ 1,256.00 | $1,254.00 | $ - | $ 2.00 | 1,230.54 | 5/1/2022 | |
| 6/17/2022 | | | $ - | $ - | $ - | 1,230.54 | | |
| 6/17/2022 | | | $ - | $ - | $ - | 1,230.54 | | |
| 6/17/2022 | | | $ - | $ - | $ - | 1,230.54 | | |
| 6/17/2022 | | | $ - | $ - | $ - | 1,230.54 | | |
| 7/13/2022 | | | $ - | $ - | $ - | 1,230.54 | | |
| 8/2/2022 | | | $ - | $ - | $ - | 1,230.54 | | |
| 8/9/2022 | | | $ - | $ - | $ - | 1,230.54 | | |
| 9/2/2022 | | | $ - | $ - | $ - | 1,230.54 | | |
| 9/19/2022 | | $ 1,256.00 | $1,254.00 | $ - | $ 2.00 | 1,232.54 | 6/1/2022 | |
| 9/20/2022 | | | $ - | $ - | $ - | 1,232.54 | | |
| 9/20/2022 | | | $ - | $ - | $ - | 1,232.54 | | |
| 9/20/2022 | | | $ - | $ - | $ - | 1,232.54 | | |
| 10/14/2022 | | | $ - | $ - | $ - | 1,232.54 | | |
| 10/14/2022 | | | $ - | $ - | $ - | 1,232.54 | | |
| 10/17/2022 | | $ 1,126.50 | $1,254.00 | $ - | $ (127.50) | 1,105.04 | 7/1/2022 | |
| 10/17/2022 | | | $ - | $ - | $ - | 1,105.04 | | |
| 10/17/2022 | | | $ - | $ - | $ - | 1,105.04 | | |
| 10/19/2022 | | | $ - | $ - | $ - | 1,105.04 | | |
| 11/10/2022 | | | $ - | $ - | $ - | 1,105.04 | | |
| 11/28/2022 | | $ 1,126.50 | $1,254.00 | $ - | $ (127.50) | 977.54 | 8/1/2022 | |
| 11/28/2022 | | | $ - | $ - | $ - | 977.54 | | |
| 12/15/2022 | | | $ - | $ - | $ - | 977.54 | | |
| 1/5/2023 | | | $ - | $ - | $ - | 977.54 | | |
| 2/9/2023 | | | $ - | $ - | $ - | 977.54 | | |
| 2/10/2023 | | $ 1,126.50 | $1,254.00 | $ - | $ (127.50) | 850.04 | 9/1/2022 | |
| 2/10/2023 | | | $ - | $ - | $ - | 850.04 | | |
| 2/10/2023 | | | $ - | $ - | $ - | 850.04 | | |
| 3/14/2023 | | | $ - | $ - | $ - | 850.04 | | |
| 4/5/2023 | | | $ - | $ - | $ - | 850.04 | | |
| 4/7/2023 | | | $ - | $ - | $ - | 850.04 | | |
| 4/18/2023 | | $ 2,508.00 | $1,254.00 | $ - | $ 1,254.00 | 2,104.04 | 10/1/2022 | |
| 4/18/2023 | | | $1,254.00 | $ - | $ (1,254.00) | 850.04 | 11/1/2022 | |
| 4/21/2023 | | | $ - | $ - | $ - | 850.04 | | |
| 4/21/2023 | | | $ - | $ - | $ - | 850.04 | | |
| 4/21/2023 | | | $ - | $ - | $ - | 850.04 | | |
| 4/21/2023 | | | $ - | $ - | $ - | 850.04 | | |
| 5/17/2023 | | | $ - | $ - | $ - | 850.04 | | |
| 5/19/2023 | | $ 1,254.56 | $1,254.00 | $ - | $ 0.56 | 850.60 | 12/1/2022 | |
| 5/19/2023 | | | $ - | $ - | $ - | 850.60 | | |
| 5/19/2023 | | | $ - | $ - | $ - | 850.60 | | |
| 6/26/2023 | | | $ - | $ - | $ - | 850.60 | | |
| 6/30/2023 | | $ 1,254.00 | $1,254.00 | $ - | $ - | 850.60 | 1/1/2023 | |
| 7/10/2023 | | | $ - | $ - | $ - | 850.60 | | |
| 7/11/2023 | | | $ - | $ - | $ - | 850.60 | | |
| 7/12/2023 | | | $ - | $ - | $ - | 850.60 | | |
| 7/18/2023 | | $ 1,254.56 | $1,254.00 | $ - | $ 0.56 | 851.16 | 2/1/2023 | |
| 7/31/2023 | | | $ - | $ - | $ - | 851.16 | | |
| 7/31/2023 | | | $ - | $ - | $ - | 851.16 | | |
| 7/31/2023 | | | $ - | $ - | $ - | 851.16 | | |
| 8/9/2023 | | | $ - | $ - | $ - | 851.16 | | |
| 8/21/2023 | | | $ - | $ - | $ - | 851.16 | | |
| 8/23/2023 | | $ 1,254.56 | $1,254.00 | $ - | $ 0.56 | 851.72 | 3/1/2023 | |
| 8/23/2023 | | | $ - | $ - | $ - | 851.72 | | |
| 8/24/2023 | $ 694.14 | | $1,254.00 | $ - | $ (559.86) | 291.86 | 4/1/2023 | |
| 9/6/2023 | | | $ - | $ - | $ - | 291.86 | | |
| 9/14/2023 | | | $ - | $ - | $ - | 291.86 | | |
| 9/19/2023 | | $ 1,254.56 | $1,254.00 | $ - | $ 0.56 | 292.42 | 5/1/2023 | |
| 9/20/2023 | $ 694.14 | | | $ - | $ 694.14 | 986.56 | | |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 9/25/2023 | | | $ - | $ - | $ 986.56 | |
| 10/11/2023 | | | $ - | $ - | $ 986.56 | |
| 10/17/2023 | $ 1,254.56 | $1,254.00 | $ - | $ 0.56 | $ 987.12 | 6/1/2023 |
| 10/17/2023 | | | $ - | $ - | $ 987.12 | |
| 11/14/2023 | | | $ - | $ - | $ 987.12 | |
| 11/17/2023 | $ 1,254.56 | $1,490.58 | $ - | $ (236.02) | $ 751.10 | 7/1/2023 |
| 12/1/2023 | $ 0.56 | | $ - | $ 0.56 | $ 751.66 | |
| 12/6/2023 | | | $ - | $ - | $ 751.66 | |
| 12/11/2023 | | | $ - | $ - | $ 751.66 | |
| 1/12/2024 | | | $ - | $ - | $ 751.66 | |
| 1/17/2024 | $ 1,254.56 | $1,490.58 | $ - | $ (236.02) | $ 515.64 | 8/1/2023 |
| 2/9/2024 | | | $ - | $ - | $ 515.64 | |
| 2/22/2024 | $ 1,254.56 | $1,490.58 | $ - | $ (236.02) | $ 279.62 | 9/1/2023 |
| 3/12/2024 | | | $ - | $ - | $ 279.62 | |
| 3/19/2024 | $ 1,254.56 | $1,490.58 | $ - | $ (236.02) | $ 43.60 | 10/1/2023 |
| 3/19/2024 | | | $ - | $ - | $ 43.60 | |
| 4/4/2024 | | | $ - | $ - | $ 43.60 | |
| 4/10/2024 | | | $ - | $ - | $ 43.60 | |
| 4/16/2024 | | | $ - | $ - | $ 43.60 | |
| 4/16/2024 | | | $ - | $ - | $ 43.60 | |
| 4/18/2024 | $ 3,979.21 | $1,490.58 | $ - | $ 2,488.63 | $ 2,532.23 | 11/1/2023 |
| 4/18/2024 | | $1,490.58 | $ - | $ (1,490.58) | $ 1,041.65 | 12/1/2023 |
| 4/18/2024 | | | $ - | $ - | $ 1,041.65 | |
| 4/18/2024 | | | $ - | $ - | $ 1,041.65 | |
| 4/18/2024 | | | $ - | $ - | $ 1,041.65 | |
| 4/26/2024 | $ 233.02 | | $ - | $ 233.02 | $ 1,274.67 | |
| 5/15/2024 | | | $ - | $ - | $ 1,274.67 | |
| 6/5/2024 | $ 1,256.50 | $1,490.58 | $ - | $ (234.08) | $ 1,040.59 | 1/1/2024 |
| 6/12/2024 | | | $ - | $ - | $ 1,040.59 | |
| 7/9/2024 | | | $ - | $ - | $ 1,040.59 | |
| 7/17/2024 | $ 1,256.50 | $1,490.58 | $ - | $ (234.08) | $ 806.51 | 2/1/2024 |
| 8/8/2024 | | | $ - | $ - | $ 806.51 | |
| 8/12/2024 | | | $ - | $ - | $ 806.51 | |
| 9/10/2024 | $ 3,170.40 | $1,490.58 | $ - | $ 1,679.82 | $ 2,486.33 | 3/1/2024 |
| 9/10/2024 | | $1,490.58 | $ - | $ (1,490.58) | $ 995.75 | 4/1/2024 |
| 9/11/2024 | | | $ - | $ - | $ 995.75 | |
| 9/11/2024 | | | $ - | $ - | $ 995.75 | |
| 9/16/2024 | | | $ - | $ - | $ 995.75 | |
| 10/15/2024 | | | $ - | $ - | $ 995.75 | |
| 10/21/2024 | $ 1,254.56 | $1,490.58 | $ - | $ (236.02) | $ 759.73 | 5/1/2024 |
| 10/30/2024 | | | $ - | $ - | $ 759.73 | |
| 10/30/2024 | | | $ - | $ - | $ 759.73 | |
| 11/11/2024 | | | $ - | $ - | $ 759.73 | |
| 12/2/2024 | $ 2,513.00 | $1,490.58 | $ - | $ 1,022.42 | $ 1,782.15 | 6/1/2024 |
| 12/5/2024 | | | $ - | $ - | $ 1,782.15 | |
| 12/6/2024 | | | $ - | $ - | $ 1,782.15 | |
| 12/6/2024 | | | $ - | $ - | $ 1,782.15 | |
| 1/13/2025 | | | $ - | $ - | $ 1,782.15 | |
| 1/16/2025 | $ 1,256.50 | $1,351.12 | $ - | $ (94.62) | $ 1,687.53 | 7/1/2024 |
| 2/12/2025 | | $1,351.12 | $ - | $ (1,351.12) | $ 336.41 | 8/1/2024 |
| 2/20/2025 | $ 3,082.66 | $1,351.12 | $ - | $ 1,731.54 | $ 2,067.95 | 9/1/2024 |
| 2/21/2025 | | $1,351.12 | $ - | $ (1,351.12) | $ 716.83 | 10/1/2024 |
| 3/11/2025 | | | $ - | $ - | $ 716.83 | |
| 4/4/2025 | | | $ - | $ - | $ 716.83 | |
| 48/2025 | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |
| | | | $ - | $ - | $ 716.83 | |